**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:23-mc-60801**

YIWEI LU SILVERIO,

    Plaintiff,

vs.

JUST BRANDS, LLC,

    Defendant.

_____/

**NOTICE OF REMOVAL OF CIVIL ACTION**

    Pursuant to 28 U.S.C. § 1331, § 1446, and § 1441 (a) and (c), Defendant, JUST BRANDS, LLC ("Just Brands"), removes this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the Fort Lauderdale Division of the United States District Court for the Southern District of Florida.

    1.    <u>Removed Case</u>.  On April 11, 2013, a civil action was filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, styled *Yiwei Lu Silverio vs. Just Brands LLC*, Case No. CACE-23-012471 (the "State Court Action").  The State Court Action was commenced by the filing of a Complaint.

    2.    <u>Attachment of State Court Documents</u>.  True and correct copies of all process and pleadings in the State Court Action to date are collectively attached as Exhibit "A."

    3.    <u>Basis for Removal</u>.  This action is subject to removal by Defendant pursuant to 28 U.S.C. §§ 1331, 1446 and 1441 (a) and (c).  This Court has original jurisdiction over this matter because it arises under laws of the United States.  Specifically, Plaintiff is asserting claims pursuant

to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2 and e-3, and 42 U.S.C. § 1981. *See* Complaint at ¶¶ 132-208.

4.  Consent of All Defendants.  Only one Defendant has been sued in this action.

5.  Timeliness of Removal.  This Notice of Removal is timely pursuant to the 28 U.S.C. § 1446(b) because it was filed within thirty (30) days of the April 27, 2023 service of the Complaint on Defendant.

6.  Notice Given to the State Court.  Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been simultaneously provided to Plaintiff and to the clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

**WHEREFORE**, Defendant, JUST BRANDS, LLC effectuates the removal of this action pursuant to 28 U.S.C. § 1331, § 1446, and § 1441 (a) and (c).

Respectfully submitted this 1st day of May, 2023.

TIRADO-LUCIANO & TIRADO
Gables International Plaza
2655 Le Jeune Rd., Suite 1109
Coral Gables, FL 33134
Tel: (305) 390-2320
Fax: (305) 390-2321

*/s/ Alex Tirado-Luciano*_____
ALEX TIRADO-LUCIANO, Esq.
Florida Bar No.: 070894
atl@TLTirado.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2023, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

By: */s/ Alex Tirado-Luciano*             .
ALEX TIRADO-LUCIANO, ESQ.
Florida Bar No.: 070894
atl@TLTirado.com

*Service List*

Kyle T. MacDonald
DEREK SMITH LAW GROUP, PLLC
*Counsel for Plaintiff*
701 Brickell Ave., Suite 1310
Miami, Florida 33131
Telephone: (305) 946-1884
Facsimile: (305) 503-6741
Kyle@dereksmithlaw.com