United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yiwei Lu Silverio, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-60801-Civ-Scola |
| | ) |
| Just Brands, LLC, Defendant. | ) |

### Judgment

The Court has dismissed this case. (Order, ECF No. 18.) The Court now enters judgment in favor of the Defendant Just Brands, LLC, and against the Plaintiff Yiwei Lu Silverio, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on October 2, 2023.

_____
Robert N. Scola, Jr.
United States District Judge